| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| RONALD LEE ALEXANDER, | § | | |
| | § | | |
| Plaintiff, | § | | |
| | § | | |
| *versus* | § | CIVIL ACTION NO. 1:04-CV-483 | |
| | § | | |
| GARY JOHNSON, *et al.*, | § | | |
| | § | | |
| Defendants. | § | | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ronald Lee Alexander, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Gary Johnson and Paula Foy. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The defendants have filed a motion for summary judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The defendants' motion for summary judgment is **GRANTED**. A final judgment will be entered dismissing this lawsuit.

SIGNED at Sherman, Texas, this 19th day of March, 2012.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE